UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br><br>BMO HARRIS BANK N.A. f/k/a HARRIS BANK N.A. AS SUCCESSOR IN BUSINESS TO AMCORE BANK N.A., f/k/a AMCORE TRUST COMPANY, SUCCESSOR TO DIXON NATIONAL BANK, AS TRUSTEE UNDER AGREEMENT DATED APRIL 19, 1977 KNOWN AS TRUST NO. 1058, and not personally; UNKNOWN OWNERS; and NONRECORD CLAIMANTS;<br>    Defendants. | Case No. 3:12-cv-50064 |

### MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

Attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ *Kimberly J. Goodell*
    KIMBERLY J. GOODELL
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    kgoodell@potestivolaw.com

## CERTIFICATE OF SERVICE

I, Kimberly J. Goodell, certify that a true and correct copy of the foregoing **MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE** was served upon counsel of record through operation of the Court's Case Management/Electronic Case Files system on June 11, 2012, and on the following non-ECF filers:

Colleen Hennessy, Registered Agent
BMO HARRIS BANK N.A. f/k/a HARRIS
BANK N.A. AS SUCCESSOR IN
BUSINESS TO AMCORE BANK N.A.,
f/k/a AMCORE TRUST COMPANY,
SUCCESSOR TO DIXON NATIONAL
BANK, AS TRUSTEE UNDER
AGREEMENT DATED APRIL 19, 1977
KNOWN AS TRUST NO. 1058, and not personally;
111 West Monroe Street, 22nd Floor
Chicago, Illinois 60603

Louise F. Gotsch, Land Trust Administrator
BMO HARRIS BANK N.A. f/k/a HARRIS
BANK N.A. AS SUCCESSOR IN
BUSINESS TO AMCORE BANK N.A.,
f/k/a AMCORE TRUST COMPANY,
SUCCESSOR TO DIXON NATIONAL
BANK, AS TRUSTEE UNDER
AGREEMENT DATED APRIL 19, 1977
KNOWN AS TRUST NO. 1058, and not personally;
501 7th Street
Rockford, Illinois 61104-1242

Unknown Owners and NonRecord Claimants
601 Countryside Lane
Dixon, Illinois 61021

By: *Kimberly J. Goodell*
KIMBERLY J. GOODELL
Potestivo & Associates, P.C.
Attorneys for Plaintiff
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
kgoodell@potestivolaw.com